GARY M. RESTAINO
United States Attorney
District of Arizona
BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

DEC 19 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-01799-PHX-MTL (JZB) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 371 (Conspiracy) Count 1 |
| 1. Christopher Mateo Taylor, (Counts 1-4) | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (Possession with Intent to Distribute Fentanyl) Count 2 |
| 2. Evette Dominique Tripp, (Counts 1, and 5-6) | |
| 3. Molly Victoria Pfeifer, (Counts 1, and 7-11) | 18 U.S.C. § 924(c)(1)(A)(i) and 924(c)(1)(B)(ii) (Possession of a Firearm and a Machinegun in Furtherance of a Drug Trafficking Crime) Count 3 |
| 4. Desmond Iman Murphy, and (Counts 1 and 12) | |
| 5. Zhylaia Ra-Asia Edwards, (Counts 1, and 13-14) | |
| Defendants. | 18 U.S.C. §§ 922(o) and 924(a)(2) (Possession or Transfer of a Machinegun) Count 4 |
| | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Material False Statement During the Purchase of a Firearm) Counts 5-14 |
| | 18 U.S.C. §§ 924(d), 981, and 982; 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

THE GRAND JURY CHARGES:

## COUNT 1

From on or about August 27, 2021, through on or about November 1, 2022, within the District of Arizona, Defendants CHRISTOPHER MATEO TAYLOR, EVETTE DOMINIQUE TRIPP, MOLLY VICTORIA PFEIFER, DESMOND IMAN MURPHY, and ZHYLAIA RA-ASIA EDWARDS did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to knowingly make material false statements or representations to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, pertaining to information that the law requires the licensed dealers to keep, in violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

**Purpose of the Conspiracy**

The purpose of this conspiracy was to obtain firearms from licensed dealers of firearms by means of knowingly making material false statements and representations that concealed the identity of the true purchaser of the firearms from the records the dealer was required to maintain.

**The Means and Methods of the Conspiracy**

The means and methods employed by Defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that Defendants and co-conspirators would purchase firearms from licensed firearms dealers in the District of Arizona.

It was further part of the conspiracy that Defendants and co-conspirators would purchase multiple firearms of similar make, model, and caliber.

It was a further part of the conspiracy that Defendants and co-conspirators would purchase those firearms on behalf of other Defendants and co-conspirators.

It was a further part of the conspiracy that Defendants and co-conspirators would make false statements and representations on the ATF Form 4473 regarding the true

purchaser of each of the firearms.

It was a further part of the conspiracy that Defendants and co-conspirators would often provide directions and the funds directly to the Defendants purchasing firearms to purchase each of the firearms involved in the conspiracy.

It was further part of the conspiracy that Defendants and co-conspirators purchasing firearms would sometimes be compensated monetarily for their actions by other Defendants and co-conspirators.

It was a further part of the conspiracy that all the acts of acquiring, obtaining, selling, purchasing, and transporting the firearms involved in the conspiracy were undertaken by Defendants and co-conspirators with the knowledge and intent that the firearms involved in the conspiracy would be illegally provided to other Defendants and co-conspirators.

### Overt Acts

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

1. Between on or about August 27, 2021, through on or about November 1, 2022, Defendant CHRISTOPHER MATEO TAYLOR knowingly induced and procured false statements and representations to businesses located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of those businesses.

2. Defendant CHRISTOPHER MATEO TAYLOR had Defendants EVETTE DOMINIQUE TRIPP, MOLLY VICTORIA PFEIFER, DESMOND IMAN MURPHY, and ZHYLAIA RA-ASIA EDWARDS purchase firearms on his behalf on at least ten (10) separate occasions at businesses located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code.

3. At the behest of Defendant CHRISTOPHER MATEO TAYLOR, Defendants

EVETTE DOMINIQUE TRIPP, MOLLY VICTORIA PFEIFER, DESMOND IMAN MURPHY, and ZHYLAIA RA-ASIA EDWARDS completed at least ten (10) Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Forms 4473, Firearms Transaction Record, containing a statement or representation that they knew to be materially false.

4. Defendants EVETTE DOMINIQUE TRIPP, MOLLY VICTORIA PFEIFER, DESMOND IMAN MURPHY, and ZHYLAIA RA-ASIA EDWARDS provided those firearms to Defendant CHRISTOPHER MATEO TAYLOR.

5. Defendant CHRISTOPHER MATEO TAYLOR would then provide those firearms to other unnamed co-conspirators.

6. Specifically, between August 12, 2022 and September 8, 2022, Defendant EVETTE DOMINIQUE TRIPP, in the District of Arizona, knowingly made false statements and representations to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business.

7. On at least two (2) separate occasions, Defendant EVETTE DOMINIQUE TRIPP executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing a statement or representation that she knew to be materially false.

8. Defendant EVETTE DOMINIQUE TRIPP acted at the behest of Defendant CHRISTOPHER MATEO TAYLOR in making these false statements or representations.

9. Defendant EVETTE DOMINIQUE TRIPP made the materially false statement or representation that she was the actual transferee/buyer of firearm(s), when in fact those firearms were for Defendant CHRISTOPHER MATEO TAYLOR.

10. Specifically, between August 10, 2022 and September 23, 2022, Defendant MOLLY VICTORIA PFEIFER, in the District of Arizona, knowingly made

false statements and representations to businesses located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of those businesses.

11. On at least five (5) separate occasions, Defendant MOLLY VICTORIA PFEIFER executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing a statement or representation that she knew to be materially false.

12. Defendant MOLLY VICTORIA PFEIFER acted at the behest of Defendant CHRISTOPHER MATEO TAYLOR in making these false statements or representations.

13. Defendant MOLLY VICTORIA PFEIFER made the materially false statements or representations that she was the actual transferee/buyer of firearms, when in fact those firearms were for Defendant CHRISTOPHER MATEO TAYLOR.

14. Defendant CHRISTOPHER MATEO TAYLOR provided the money for the firearms purchased by Defendant MOLLY VICTORIA PFEIFER.

15. Specifically, on August 27, 2021, Defendant DESMOND IMAN MURPHY, in the District of Arizona, knowingly made false statements and representations to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business.

16. On at least one (1) occasion, Defendant DESMOND IMAN MURPHY executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing a statement or representation that he knew to be materially false.

17. Defendant DESMOND IMAN MURPHY acted at the behest of Defendant CHRISTOPHER MATEO TAYLOR in making these false statements or

representations.

18. Defendant DESMOND IMAN MURPHY made the materially false statements or representations that he was the actual transferee/buyer of firearms, when in fact those firearms were for Defendant CHRISTOPHER MATEO TAYLOR.

19. Defendant CHRISTOPHER MATEO TAYLOR provided the money for the firearms purchased by Defendant DESMOND IMAN MURPHY.

20. Specifically, between October 26, 2022 and November 1, 2022, Defendant ZHYLAIA RA-ASIA EDWARDS, in the District of Arizona, knowingly made false statements and representations to businesses located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of those businesses.

21. On at least two (2) separate occasions, Defendant ZHYLAIA RA-ASIA EDWARDS executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing a statement or representation that she knew to be materially false.

22. Defendant ZHYLAIA RA-ASIA EDWARDS acted at the behest of Defendant CHRISTOPHER MATEO TAYLOR in making these false statements or representations.

23. Defendant ZHYLAIA RA-ASIA EDWARDS made the materially false statements or representations that she was the actual transferee/buyer of firearms, when in fact those firearms were for Defendant CHRISTOPHER MATEO TAYLOR.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about November 22, 2022, in the District of Arizona, Defendant CHRISTOPHER MATEO TAYLOR did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-

[1-(2-phenylethyl -4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 3

On or about November 22, 2022, in the District of Arizona, Defendant CHRISTOPHER MATEO TAYLOR did knowingly possess a firearm and machinegun in furtherance of, and use a firearm and machinegun during and in relation to, a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute of Fentanyl, as alleged in Count 2 of the Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(ii).

### COUNT 4

On or about November 22, 2022, in the District of Arizona, Defendant CHRISTOPHER MATEO TAYLOR did knowingly possess and transfer a machinegun, that is, a part commonly known as a "Glock Switch," or "Machinegun Conversion Device" (MCD) which is designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNTS 5-6

On or about the dates below, in the District of Arizona, Defendant EVETTE DOMINIQUE TRIPP knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant EVETTE DOMINIQUE TRIPP did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in

each of the counts below stating she was the actual transferee/buyer, whereas in truth and fact, she knew that he was purchasing the firearms for someone else:

| Count | Date | Business (FFL) |
|---|---|---|
| 5 | 8/12/2022 | Armet Tactical (Peoria, AZ) |
| 6 | 9/8/2022 | Arizona State Armory (Peoria, AZ) |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS 7-11

On or about the dates below, in the District of Arizona, Defendant MOLLY VICTORIA PFEIFER knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant MOLLY VICTORIA PFEIFER did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating she was the actual transferee/buyer, whereas in truth and fact, she knew that she was purchasing the firearms for someone else:

| Count | Date | Business (FFL) |
|---|---|---|
| 7 | 8/10/2022 | Tombstone Tactical (Phoenix, AZ) |
| 8 | 9/13/2022 | Arizona State Armory (Phoenix, AZ) |
| 9 | 9/16/2022 | Lone Wolf Trading Company (Glendale, AZ) |
| 10 | 9/19/2022 | Ammo A-Z (Phoenix, AZ) |
| 11 | 9/23/2022 | Estrella Ordnance (Goodyear, AZ) |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 12

On or about the date below, in the District of Arizona, Defendant DESMOND IMAN MURPHY knowingly made a false statement and representation in connection with the acquisition of a firearm to the business listed below, which was intended and likely to

deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the business, in that Defendant DESMOND IMAN MURPHY did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in the count below stating he was the actual transferee/buyer, whereas in truth and fact, he knew that he was purchasing the firearm for someone else:

| Count | Date | Business (FFL) |
|---|---|---|
| 12 | 8/27/2021 | Estrella Ordnance (Goodyear, AZ) |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNTS 13-14

On or about the dates below, in the District of Arizona, Defendant ZHYLAIA RA-ASIA EDWARDS knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the businesses, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ZHYLAIA RA-ASIA EDWARDS did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating she was the actual transferee/buyer, whereas in truth and fact, she knew that he was purchasing the firearms for someone else:

| Count | Date | Business (FFL) |
|---|---|---|
| 13 | 10/26/2022 | Ammo A-Z (Phoenix, AZ) |
| 14 | 11/1/2022 | Lone Wolf Trading Company (Goodyear, AZ) |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1–14 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1–14 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable.  If any forfeitable property, as a result of any act or omission of any defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d), 981, and 982; 21 U.S.C. §§ 853 and 881; 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date:  December 19, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona


_____/s/_____
BENJAMIN GOLDBERG
Assistant U.S. Attorney